

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2023

No. 04-23-01071-CV

**IN RE** Mary **ELLIS**, Relator

Original Proceeding[1]

**ORDER**

On December 8, 2023, relator filed a petition for writ of mandamus and emergency motion for temporary relief. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's emergency motion for temporary relief is DENIED as moot.

It is so **ORDERED** on December 27, 2023.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2022CV01744, styled *Mary Ellis vs. VIA Metropolitan Transit*, pending in the County Court at Law No. 10, Bexar County, Texas, the Honorable Cesar Garcia presiding.